1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7050
7      Facsimile: (415) 436-7234
       E-Mail: Mark.Kang@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 12-0069 WHA
                                     )
15         Plaintiff,                )
                                     )
16         v.                        )    **STIPULATION AND [PROPOSED]**
                                     )    **ORDER EXCLUDING TIME UNDER 18**
17  ALDAIR GONZALEZ GUTIERREZ,       )    **U.S.C. § 3161**
    a/k/a   Jose Hernandez,          )
18  a/k/a   Encarnacion Torres Pavon, )
    a/k/a   Isidro Lardizabal,       )
19                                   )
                                     )
20         Defendant.                )
                                     )
21  _____)

22         On February 21, 2012, the parties in this case appeared before the Court.  At that time, the

23  Court set the matter to March 13, 2012.  The parties have agreed to exclude the period of time

24  between February 21, 2012 and March 13, 2012 from any time limits applicable under 18 U.S.C.

25  § 3161.  The parties represented that granting the exclusion would allow the reasonable time

26  necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

27  also agree that the ends of justice served by granting such an exclusion of time outweigh the best

28  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
    CR 12-0069 WHA

1 | At the hearing, the Court made findings consistent with this agreement.

2 | SO STIPULATED:

3

4 | MELINDA HAAG
United States Attorney

5

6 | DATED: February 22, 2012              _____/s/_____
J. MARK KANG

7 | Special Assistant United States Attorney

8

9 | DATED: February 22, 2012              _____/s/_____
DANIEL BLANK

10 | Attorney for ALDAIR GONZALEZ GUTIERREZ,
a/k/a     Encarnacion Torres Pavon

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0069 WHA

1                                    ~~[PROPOSED]~~ ORDER

2          For the reasons stated above and at the February 21, 2012 hearing, the Court finds that the

3   exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February 21,

4   2012 through March 13, 2012 is warranted and that the ends of justice served by the continuance

5   outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

6   §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the

7   reasonable time necessary for effective preparation, taking into account the exercise of due

8   diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

9

10          IT IS SO ORDERED.

11

12   Dated:  February 22, 2012.                    _____

13                                                 William Alsup
                                                   UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ~~[PROPOSED]~~ ORDER EXCLUDING TIME
CR 12-0069 WHA